UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FIGUEROA-CONSTANTINO,<br><br>  Movant-Defendant,<br>v.<br>UNITED STATES OF AMERICA,<br>  Respondent-Plaintiff. | Crim. Case No.:  14cr3575 BTM<br>Civ. Case No.:    16cv1657 BTM<br><br>**ORDER RE: SUCCESSIVE § 2255 MOTION** |

   Defendant Javier Figueroa-Constantino has filed a motion to reduce his sentence under 28 U.S.C. § 2255 based on <u>Johnson v. United States</u>, __ U.S.__, 135 S.Ct. 2551 (2015).  However, Defendant previously filed a § 2255 motion, which was denied in an order filed on February 8, 2016.  Accordingly, Defendant's instant motion is successive, and Defendant must make a motion in the Ninth Circuit Court of Appeals for an order authorizing this Court to consider it.  28 U.S.C. § 2255(h).  The Court cannot consider Defendant's instant motion unless a panel of the Ninth Circuit Court of Appeals certifies the motion to contain newly discovered evidence or a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court.  <u>Id.</u>

**IT IS SO ORDERED.**

 Dated: July 21, 2016

*Barry Ted Moskowitz* (signature)
Barry Ted Moskowitz, Chief Judge
United States District Court

1

14cr3573 BTM; 16cv104 BTM