# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAVIER FIGUEROA-<br>CONSTANTINO,<br><br>　　　　　　　Defendant. | Case No.: 14cr3575<br><br>**ORDER RE: SUCCESSIVE 2255 MOTION** |

　　Defendant Javier Figueroa-Constantino has filed a motion to reduce his sentence under 28 U.S.C. § 2255 based on Dean v. United States, 581 U.S.___, 137 S. Ct. 1170 (2017). However, Defendant previously filed a § 2255 motion, which was denied in an order filed on February 8, 2016. Accordingly, Defendant's instant motion is successive, and Defendant must make a motion in the Ninth Circuit Court of Appeals for an order authorizing this Court to consider it. 28 U.S.C. § 2255(h). The Court cannot consider Defendant's instant motion unless a panel of the Ninth Circuit Court of Appeals certifies the motion to contain newly discovered evidence or a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court. Id.

　　IT IS SO ORDERED.

Dated: June 9, 2017

_____
Barry Ted Moskowitz, Chief Judge
United States District Court